# AFFIDAVIT

I, William P. Akins, a Postal Inspector with the United States Postal Inspection Service (USPIS), being duly sworn, depose and state:

**INTRODUCTION:**

1. I am a Postal Inspector with the United States Postal Inspection Service, in Tucson, AZ, and have been employed as such since February of 2019. Since February of 2019, I have been stationed at the Tucson, Arizona office of the Phoenix Division. I attended the fourteen-week training course at the United States Postal Inspection Service Academy in Potomac, Maryland. There I received training related to violations of federal law including assaults, robberies, and criminal investigations of narcotics trafficking via the United States Mail. Prior to becoming a Postal Inspector, I was employed as a United States Border Patrol Agent for approximately 13 years. Throughout my law enforcement career, I have had extensive training and experience investigating a variety of criminal violations including controlled substances. During my 19-year career as a Federal Law Enforcement Officer, I have been involved in numerous criminal investigations which have resulted in arrests, recovery of evidence and seizure of property. I have also written and executed numerous search warrants resulting in the seizure of thousands of dollars and controlled substances.

**DESCRIPTION OF SUBJECT PARCEL:**

2. This affidavit is made in support of an Application and Affidavit for Search Warrant for a United States Postal Service (USPS) Priority Mail (PM) parcel. The parcel has tracking 9405 5112 0620 8846 5002 28, with prepaid postage, postmarked from Las Vegas, Nevada on April 25, 2025. It has a return address of "Ricardo O., ISN, 7825 Spindrift Cove ST, Las Vegas NV 89139-6108" and is addressed to "jOSHUA MUONZ, 2885 W Duskywing Dr, Tucson AZ 85741-5263

(SUBJECT ADDRESS)". The article consists of a USPS PM medium flat rate box measuring 11" x 9" x 6" and weighs approximately 2 pounds and 12 ounces. It is hereafter referred to as "SUBJECT PARCEL 1".

## BACKGROUND ON USPS DRUG INTERDICTION IN SOUTHERN ARIZONA AND THE USPS DRUG MAIL PROFILING PROGRAM:

3. From my training, personal experience, and the collective experiences related to me by other Postal Inspectors who specialize in investigations relating to the mailing of controlled substances and the proceeds from the sale of controlled substances, I am aware that the southern Arizona international border is a leading area for the entry of controlled substances from Mexico into the U.S. Based on the large quantities of controlled substances entering southern Arizona, controlled substances are frequently transported from southern Arizona via the United States Mail to areas across the United States, primarily to the large metropolitan areas in the eastern United States and Puerto Rico. It is also common for the proceeds from the sale of the controlled substances to be sent to southern Arizona via the United States Mail. By using the U.S. Mail to ship controlled substances, these drug traffickers put unknowing postal employees who handle and deliver those mailings at risk.

4. Based on the frequent use of the United States Mail for the shipment of controlled substances from southern Arizona and California, Postal Inspectors in Tucson and other locations near the southwest border routinely observe inbound and outbound mail articles for suspicious characteristics common to mailings of drugs and drug proceeds. While there are many characteristics that experienced inspectors look for, the most common characteristics found are:

    a. Suspected parcels are mailed to or from known drug destination areas, primarily the large metropolitan areas in United States and Puerto Rico.

    b. The sender names and addresses on drug or drug proceeds parcels routinely contain misspellings, incomplete, inaccurate, unauthorized and/or fictitious information.

    c. A tracking number is used to provide the trafficker the ability to track the parcel's progress to the point of delivery.

    d. The postage was paid with a manner which leaves no trail identifying the mailer.

5. Parcels found to meet some or all of the suspicious characteristics described in subsections "a" through "d" of this paragraph are further investigated by Postal Inspectors.

**INVESTIGATIVE DETAILS:**

6. On February 25, 2025, United States Postal Inspectors opened and searched six USPS parcels pursuant to a federal search warrant (25-04643MB) signed by United States Magistrate Judge Maria S. Aguilera. All six of those parcels contained various steroids. Those parcels had the return address of "Javier Gutierrez, 1817 Wengert Ave, Las Vegas, NV 89104" and were addressed to various people across the United States. Those parcels were mailed in Tucson, Arizona.

7. On March 3, 2025, United States Postal Inspector James McFeely and I opened and searched seven USPS parcels pursuant to a federal search warrant (25-04664MB) signed by United States Magistrate Judge Jacqueline M. Rateau. All seven of those parcels were mailed in Tucson, Arizona and contained various steroids. Those parcels had the return address of "Javier Gutierrez, 1817 Wengert Ave, Las Vegas, NV 89104" and were addressed to various people across the United States.

8. Since March 3, 2025, I have been investigating those seizures. I learned the seized parcels were paid for using a Stamps.com account. I learned the Stamps.com account is registered to Josh Munoz (MUNOZ) who resides at the SUBJECT ADDRESS.

9. Steroids are a Schedule III controlled substance. Steroids are illegal to mail if the sender is not a licensed medical practitioner.  MUNOZ is not a licensed medical practitioner.

10. Since March 3, 2025, I have been monitoring MUNOZ'S Stamps.com account to identify new shipping labels for parcels which I believe contain steroids.  I also learned that some of the parcels shipped using this account had a return address of "PO Box 89096, Tucson, AZ 85752".

11. On March 5, 2025, I learned PO Box 89096 is registered to MUNOZ, with the physical address of the SUBJECT ADDRESS.

12. Through the investigation, I have been monitoring parcels being shipped to the SUBJECT ADDRESS and learned MUNOZ receives numerous parcels from Las Vegas, Nevada. I believe these parcels contain steroids which MUNOZ then reships across the country.

13. On April 27, 2025, I was made aware SUBJECT PARCEL 1 was mailed from Las Vegas, Nevada to the SUBJECT ADDRESS.

14. On April 28, 2025, I requested SUBJECT PARCEL 1 be sent to me in Tucson, Arizona.

15. On April 29, 2025, I received SUBJECT PARCEL 1 and learned the following:

    a. It was mailed from Las Vegas, Nevada, which is where several other parcels were mailed to the SUBJECT ADDRESS.

    b. It had a tracking number.  From my experience, I know that nearly all drug and drug proceeds parcels bear tracking numbers allowing the sender and receiver to track the progress of the shipment from origination to destination.

    c. It was paid for in a manner to keep the anonymity of the sender from being identified by law enforcement.

    d. There were no phone numbers listed on the parcels.

16. On April 29, 2025, I accessed "Thomson Reuters CLEAR" to check for records of the names and addresses listed on SUBJECT PARCEL 1. Thomson Reuters CLEAR is an online service that provides an extensive collection of public records used primarily by corporate security departments and law enforcement agencies nationwide for investigative purposes. There were current records associating the sender and receiver with the corresponding addresses listed on the parcel.

17. Canine Examination:

    a. A canine was not requested for SUBJECT PARCEL 1 because I believe SUBJECT PARCEL 1 contains steroids. Steroids are odors detection canines are not trained to detect.

18. Based on the facts set forth in this affidavit, I believe there is probable cause to show that SUBJECT PARCEL 1 contains controlled substances and/or proceeds from the sale of controlled substances, constituting evidence of violations of 21 U.S.C. § 841 (a) (1), Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. § 843 (b), Unlawful Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance, and 21 U.S.C. § 846, Conspiracy to Possess with Intent to Distribute a Controlled Substance.

19. This affidavit is submitted for the limited purpose of seeking authorization to search SUBJECT PARCEL 1. Your Affiant has not set forth each and every fact known to him regarding the investigation.

_William P. Akins_
William P. Akins
United States Postal Inspector

Subscribed and sworn to me telephonically on this 29th day of April, 2025

_Lynnette C. Kimmins_
Lynnette C. Kimmins
United States Magistrate Judge